**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHINA COMMERCIAL CREDIT, INC. SECURITIES LITIGATION | Civil Action No. 15-cv-00557-ALC |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Shannon L. Hopkins, declare as follows:

1. I am a partner of the law firm of Levi & Korsinsky LLP, counsel for Lead Plaintiffs Shang Yun ("Yun") and Sanjiv Mehrotra ("Mehrotra" and, collectively, "Lead Plaintiffs").

2. I submit this Declaration in support of Lead Plaintiffs' Unopposed Motion for entry of an order: (1) preliminarily approving the proposed settlement on the terms set forth in the Stipulation of Settlement, dated as of November 2, 2016; (2) preliminarily certifying the Settlement Class[1] for settlement purposes only; (3) preliminarily approving the plan of allocation; (4) approving the form and manner of giving notice of the proposed Settlement to the Settlement Class; and (5) setting a date for the Final Approval hearing.

3. Attached hereto as Exhibit A is a true and correct copy of Stipulation of Settlement, dated as of November 22, 2016.

4. Attached hereto as Exhibit B is a true and correct copy of the firm resume of Levi & Korsinsky LLP.

---

[1] The "Settlement Class" is defined as "all persons or entities that purchased or otherwise acquired CCCR shares between August 14, 2013 and July 25, 2014 [the "Class Period"], inclusive, and that were allegedly damaged thereby." Stipulation, ¶¶ (f), (J).

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 10th day of January 2017.

*/s/Shannon L. Hopkins*
Shannon L. Hopkins

4845-0544-4416, v. 1